FILE COPY

No. 07-14-00092-CR

| | | |
|---|---|---|
| Shammann Smith<br>  Appellant | § | From the 64th District Court of<br>  Hale County |
| | § | |
| v. | | October 22, 2014 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated October 22, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o